IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00354-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEVIES LINDSEY,

    Defendant.

## ORDER SETTING CHANGE OF PLEA HEARING

In response to the Notice of Disposition (Dkt. # 15) filed in the above matter on October 6, 2006, a Change of Plea hearing is set for **Monday, December 11, 2006 at 8:15 a.m.** Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Figa's chambers and to the Probation Department no later than **noon on December 7, 2006**. <u>If these documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy</u>. The original and one copy of these documents should be delivered to Judge Figa's courtroom deputy in the courtroom at the time of the hearing (*see* D.C.COLO.LCrR 11.1F). In light of this Change of Plea hearing,

IT IS FURTHER ORDERED that the Final Trial Preparation Conference, set for November 3, 2006, and the three-day jury trial in this matter, set to commence November 20, 2006, are VACATED.

DATED: October 6, 2006    BY THE COURT:

    *s/ Phillip S. Figa*

    Phillip S. Figa
    United States District Judge