**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE PHILLIP S. FIGA**

Courtroom Deputy: Valeri P. Barnes
Court Reporter: Darlene Martinez
Probation Officer: Caryl Ricca

Date: March 2, 2007

Criminal Action No. 06-cr-00354-PSF

*Parties:*                                                     *Counsel:*

UNITED STATES OF AMERICA,                    Greg Holloway

    Plaintiff,

v.

STEVIES LINDSEY,                                         Susan Fisch

    Defendant.

_____

**SENTENCING MINUTES**
_____

**10:02 a.m.**   Court in session.

Defendant present in custody.

**Change of Plea Hearing:** December 11, 2006.

**Defendant plead guilty to Count Two of the Indictment.**

Parties received and reviewed the presentence report.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

    **ORDER:**   Government's Motion for Downward Departure **(20)** is **granted.**  Signed

        Order to follow.

**ORDER:** Government's Motion for Acceptance of Responsibility **(21)** is **granted.** Signed Order to follow.

**ORDER:** Government's Motion to Dismiss Count 1 of the Indictment as it Relates to Defendant Lindsey Only **(22)** is **granted.**

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to Count Two to a term of imprisonment of **113 months.**

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **three years.**

Court recommends that the defendant be placed in a facility that has a medical center that can treat the defendant's mental and psychological problems.

**Conditions of supervised release:**
- (X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm or destructive device.
- (X) Defendant shall comply with the standard conditions adopted by the Court.
- (X) Defendant shall not illegally possess controlled substances.
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**Special conditions of supervised release:**
- (X) Defendant shall participate in a program of testing and treatment for drug abuse as directed by the probation officer until such time as the defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer

- (X) Defendant shall participate in a program of mental health treatment as directed by the probation officer until such time as defendant is released from the program by the probation officer.  Defendant shall pay the cost of the treatment as directed by the probation officer.
- (X) The Probation Officer is authorized to release to the treatment agency all psychological reports and/or presentence reports for continuity of treatment.
- (X) Defendant shall reside in a community corrections center for a period of **six months** commencing upon defendant's release from imprisonment and shall observe the rules of that facility.  If the defendant obtains full-time employment and a residence approved by the probation officer, the probation officer may release the defendant from community corrections placement.
- (X) Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless defendant is in compliance with the installment payment schedule.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**RESTITUTION:**

*Victim:*                                                      *Amount:*

Academy Bank                                                   $5,386.00
9600 East Hampden Avenue
Aurora, CO 70231

TCF National Bank                                              $3,771.00
15350 East 6th Avenue
Aurora, CO 80011

Interest is waived.

Restitution is due and payable in monthly installments of $250 per month during the term of supervised release.

Payments are to be made to the Clerk of the United States District Court

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**10:20 a.m.   Court in recess/hearing concluded.**

Total in-court time: 00:18