**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 06-cr-00354-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

STEVIE S. LINDSEY,

      Defendant.

---

## ORDER DENYING REDUCTION IN SENTENCE

---

      This matter is before the Court on Defendant's letter (which the Court treats as a Motion) requesting that the Court direct the Bureau of Prisons ("BOP") to enroll Defendant into an "Early Release Drug Program."  (Doc. # 28.)  The Motion is DENIED.

      In December 2006, Defendant pleaded guilty to violation of 18 U.S.C. § 2113(a), Bank Robbery.  Judge Figa sentenced him to serve a prison term of 113 months.

      In a hand-written letter dated March 3, 2009, Defendant states that he "would very much like to participate in the Early Release Drug Program" pursuant to 18 U.S.C. §§ 3582 & 3621(e).  (Doc. # 28.)  The Court assumes that Defendant's letter refers to the Residential Drug Abuse Program ("RDAP") under 18 U.S.C. § 3621(e).  Nonviolent offenders may earn early release incentives upon successful completion of RDAP.  *See* 18 U.S.C. § 3621(e)(2)(B).

However, the decision to allow a prisoner to participate in RDAP is left to the discretion of BOP officials.  Thus, this Court lacks the authority to direct the BOP to enroll Defendant in RDAP.  Moreover, Defendant does not qualify for early release credit under the RDAP statute because the crime to which he plead guilty, bank robbery, is a violent crime.  *See Royal v. Tombone*, 141 F.3d 596, 600 (5th Cir. 1998); *Payment v. Bureau of Prisons*, 2000 WL 1838279 (10th Cir. 2000).  Thus, even if he does successfully complete RDAP, he is not eligible for a reduction in sentence.

Defendant also cites 18 U.S.C. § 3582(c)(1)(A), which allows the Court to reduce a sentence upon a request for reduction by the BOP.  But, Defendant is ineligible for a reduction under this statute because the BOP has not submitted a request for a reduction in sentence.

Accordingly, Defendant's Motion (Doc. # 28) is DENIED.

DATED:  April 24, 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge